Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

District of Col|

Guangli Zhang

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Lekesia Lavette Dixon et.al

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Guangli Zhang
Street Address — P.O. Box 1119
City and County — Washington DC
State and Zip Code — DC 20013
Telephone Number — 626 537 6743
E-mail Address — ZHGULI 698@GMAIL.COM

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

MAY 1 8 2026    Page 1 of 5

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $7~900~ is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC § 1035, 18 USC 371, 18 USC 366, 18 USC 366A
28 US. Code 1331    18 USC § 1341, 18 USC § 287, 18 USC § 1343, 31 USC 3729, 18 USC § 445
DC Long-arm statues:    21 USC § 848    18 USC § 1349
Code of the District of Columbia § 13-423 and 13-422.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* __Guangli Zhong__ , is a citizen of the State of *(name)* __Washington DC__ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* __"C"__ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/18/2026

Signature of Plaintiff   Guangli Zhang

Printed Name of Plaintiff   GUANGLI ZHANG

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# "A"

1. **Lekesia Lavette Dixon**
2. **Bridget deZeeuw**
3. **Casey A Leamon, MD**
4. **Tiny Sprouts Surrogacy (Inc)**
5. **Seed Trust Escrow (Inc)**
6. **Ascension Providence Hospital**

## "B"

**a:**

**Defendant: 1. Lekesia Lavette Dixon, Surrogate mother**

Address: 304 Johnson St McGregor, TX 76657

Email: mjdixonjr29@gmail.com

**Defendant: 2. Bridget deZeeuw, Surrogate mother's agent,**

**The head of Tiny Sprouts Surrogacy (Inc)**

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

**Defendant: 3. Casey A Leamon, MD,**

**The surrogate mother's obstetrician**

Address: 6901 Medical Parkway, Waco Texas 76712

**b:**

**Defendant: 4. Tiny Sprouts Surrogacy (Inc), Surrogacy agencies**

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

**Defendant: 5. Seed Trust Escrow (Inc), Third-party credit escrow company**

Address: 515 N Flagler Drive Suite 350
West Palm Beach, FL 33401

Email: jennifer@seedtrustescrow.com

**Defendant: 6. Ascension Providence hospital**

**Maternity hospitals where surrogate mothers give birth**

Address: 6901 Medical Parkway, Waco Texas 76712

T: 254 751 4710

## "C"

**a:**

**Defendant: 1. Lekesia Lavette Dixon,  Surrogate mother**

Address:  304 Johnson St McGregor, TX 76657

Email: mjdixonjr29@gmail.com

**Defendant: 2. Bridget deZeeuw,  Surrogate mother's agent,**

**The head of Tiny Sprouts Surrogacy (Inc)**

Address:  9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

**Defendant: 3.  Casey A Leamon,MD,**

**The surrogate mother's obstetrician**

Address:    6901Medical Parkway, Waco Texas76712

**b:**

**Defendant: 4. Tiny Sprouts Surrogacy (Inc),   Surrogacy agencies**

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

**Defendant: 5. Seed Trust Escrow (Inc), Third-party credit escrow company**

Address:   515 N Flagler Drive Suite 350
West Palm Beach, FL 33401

Email: jennifer@seedtrustescrow.com

**Defendant: 6.  Ascension Providence hospital**

**Maternity hospitals where surrogate mothers give birth**

Address:    6901Medical Parkway, Waco Texas76712

T: 254 751 4710

# "D"

The plaintiff had two children through surrogacy. also signed contracts with the surrogate mother and her agency.

During the surrogacy period, the defendant Tiny Sprouts Surrogacy (Inc) repeatedly produced a large number of false receipts, they defrauded the plaintiff of funds by utilizing fraudulent receipts through a third-party trust and escrow institution.

They claimed that the funds were payments to surrogate mothers and clinics.

During this period, I communicated with the third-party trust escrow company multiple times, informing them that the receipt was forged and that we refused to make payment, but to no avail. This third-party trust escrow company simply ignored our objections.

I communicated with the surrogacy agency multiple times, but each time I was threatened and coerced. They threatened me, saying that if I refused to pay, the surrogacy could not proceed, or that the surrogate mother's emotions would affect the fetus's development. (I paid the surrogate mother on time during her pregnancy and also bought her gifts.)

Before the child was born, I went to the gynecological clinic and hospital where the surrogate mother was located and verified the fake receipts.

The first notification I received after the babies were born was that one baby was delivered naturally and the other was delivered by cesarean section. However, two unnamed doctors later visited the children and told me, "Both children were delivered naturally, without a cesarean section," and they were very certain of this. They also said, "There must be other errors in the medical records." I later did find other errors in the medical records. The surrogate mothers of the two children were incorrectly described as having white and black skin, respectively.

The defendant, Seed Trust Escrow (Inc), closed the plaintiff's escrow account on October 30, 2025.

I tried to communicate with them again, but to no avail.

On November 17, 2025, they filed a lawsuit against four defendants in the Small Claims Court in Washington, D.C. At the time, Ascension Providence Hospital and Casey A Leamon, MD were not on the list of defendants.

During the mediation, I claimed $8,500 based on the amount on the false receipts and the fees paid using false information. The defendant, Tiny Sprouts Surrogacy (Inc), only agreed to pay $6,200 in damages. I disagree.

During the subsequent court hearing, the defendant claimed, "This is a problem between the doctor and the hospital; you should seek compensation from the doctor and the hospital."

The defendant brought up the case of the New York State Department of Children's Services (New York ACS) kidnapping the baby in the small claims court. This shocked me. How did they know about the New York Administration of Child Services (New York ACS) baby abduction case? I don't know if the baby kidnapping case is related to them, but I'm sure they've been in contact!

Based on the defendant's attitude, I consulted relevant legal provisions and learned that I could obtain compensation and pursue criminal charges against him.

I filed a motion to pursue criminal charges with the Small Claims Court, but the judge dismissed the case, stating that it was not under the jurisdiction of the Small Claims Court.

Due to varying jurisdictions and laws and regulations across different courts, the number of defendants also differs. The plaintiff has filed this lawsuit with this court. The court is requested to adjudicate the case in accordance with the law.


The plaintiff swears that everything stated above is true.


Plaintiff:

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant:  Lekesia Lavette Dixon

Surrogate mother

Address: 304 Johnson St McGregor, TX 76657

A.  Facts and events:

The defendant was a surrogate mother. She also conspired with her agent and doctor to falsely claim that one of the babies was born by cesarean section and defrauded the plaintiff of funds from the plaintiff's escrow account.

Both babies were born vaginally, but the defendant claimed that one baby was born via cesarean section.

The defendant defrauded the plaintiff of funds, causing the plaintiff to suffer losses. The defendant, Tiny Sprouts Surrogacy (Inc), claims that all the funds involved were given to the defendant Lekesia Lavette Dixon.

B.  Jurisdiction and Legal Basis for the Plaintiff's Action:
1.  The plaintiff is a resident of Washington, D.C.
2.  The defendant is from Texas
3.  The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
4.  28 U.S. Code § 1331 - Federal question
     The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
5.  Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district, as well as all criminal cases under laws that apply exclusively to the district.
6.  **DC Long-arm status:**

2 —/

(1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.

**(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.

(2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.

A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.

The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.

C. Facts, legal basis, and claims:

Based on existing false invoices and historical payment records, the plaintiff seeks the following relief:

1. $8007.45
2. The litigation costs and postage fees in this case.
3. The airfare is US$1158.36. Bank statements are required.
   If no relevant evidence can be provided, the plaintiff requests a refund of the $500 difference in airfare.

The total is US$8507.45

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes. The plaintiff requests the judge to order the defendant to pay damages to the plaintiff.

The plaintiff swears that everything stated above is true.

Plaintiff: Guang Li zhang

5/18/2026

2-2

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant:  Casey A Leamon, MD

  The surrogate mother's obstetrician

  The doctor works at Ascension Providence Hospital.

Address:    6901Medical Parkway, Waco Texas76712

  A.  Facts and events:

The defendant fabricated false medical records for the surrogate mother, creating conditions for the surrogate mother and her agency to defraud the plaintiff.

The two babies were twins, Both babies were delivered vaginally, but the defendant's records show that one of the babies was born via cesarean section.

  B.  The plaintiff raises the following allegations:
  1.  Medical misrepresentation crime.
  2.  The defendant conspired with two other defendants to commit fraud against the plaintiff.
  C.  Jurisdiction and Legal Basis for the Plaintiff's Action:
  1.  The plaintiff is a resident of Washington, D.C.
  2.  The defendant is from Texas
  3.  The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
  4.  28 U.S. Code § 1331 - Federal question
    The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
  5.  Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district,

1-4

as well as all criminal cases under laws that apply exclusively to the district.

6. **DC Long-arm status:**

   (1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.

   **(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.

   (2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.

   A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.

   The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.

D. Facts, legal basis, and claims:

   1. The two babies were twins, Both babies were delivered vaginally, but the defendant's records show that one of the babies was born via cesarean section.

   18 U.S. Code § 1035 - False statements relating to health care matters (a)Whoever, in any matter involving a health care benefit program, knowingly and willfully—

   (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; or

   (2) makes any materially false, fictitious, or fraudulent statements or representations, or makes or uses any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry,

2-4

in connection with the delivery of or payment for health care benefits, items, or services, shall be fined under this title or imprisoned not more than 5 years, or both.

Plaintiff's first claim: Based on this law, the plaintiff requested the judge to sentence the defendant to five years in prison and impose a fine of US$23,453.82.

2. The defendant provided false medical records to two other defendants in order to deceive the plaintiff and steal funds from the plaintiff's escrow account held by a third party.
18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States
If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.
If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

Plaintiff's second claim: Based on this law, the judge is requested to sentence the defendant to five years in prison and impose a fine of $100,000.

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes.

The plaintiff requests the judge to render the following judgment:

1. The defendant shall pay the plaintiff the aforementioned compensation.
2. The defendant shall pay the court costs and postage for this case.

3 — 4

The plaintiff swears that everything stated above is true.

Plaintiff: Guang Li Zhang

5/18/2026

4 — 4

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant:  Ascension Providence Hospital

     The maternity hospital where the surrogate mother gave birth

     The other defendant is Casey A. Leamon, MD, a doctor at the hospital.

Address:    6901Medical Parkway, Waco Texas76712

A. Facts and events:

The defendant is a hospital, and its employee (another defendant in this case), Dr. Kathy A. Lemon, falsified the surrogate mother's medical records, providing the surrogate mother and her agency with the opportunity to commit fraud against the plaintiff.

The two babies were twins, both delivered vaginally, but the defendant's records show that one of the babies was born via cesarean section.

The defendant's employees falsified the surrogate mother's medical records, thereby helping the surrogate mother and her agency defraud the plaintiff of funds.

The two infants were twins, both delivered vaginally; however, the defendant's records indicated that one of the infants had been delivered via Cesarean section.

The defendant failed to effectively supervise the behavior of its employees and should bear supervisory responsibility and joint legal liability.

B. The plaintiff raises the following allegations:
1. Medical misrepresentation crime.
2. The defendant conspired with two other defendants to commit fraud against the plaintiff.

C. Jurisdiction and Legal Basis for the Plaintiff's Action:

1-4

1. The plaintiff is a resident of Washington, D.C.
2. The defendant is from Texas
3. The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
4. 28 U.S. Code § 1331 - Federal question
   > The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
5. Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district, as well as all criminal cases under laws that apply exclusively to the district.
6. **DC Long-arm status:**
   (1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.
   **(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.
   (2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.
   A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.
   The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.

D. Facts, legal basis, and claims:
   1. The two babies were twins, both born vaginally, but the defendant's employees mistakenly recorded in the medical records that one of the babies was born via cesarean section. The defendant should bear joint and several legal liability.

2–4

18 U.S. Code § 1035 - False statements relating to health care matters
(a)Whoever, in any matter involving a health care benefit program, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; or
(2) makes any materially false, fictitious, or fraudulent statements or representations, or makes or uses any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry,
in connection with the delivery of or payment for health care benefits, items, or services, shall be fined under this title or imprisoned not more than 5 years, or both.

The plaintiff's first claim is that, in accordance with this law, the plaintiff requests the judge to sentence the defendant and those responsible to five years in prison, and also orders the defendant to pay the plaintiff damages equal to three times the losses, amounting to US$23,453.82.

2. The defendant's employees provided false medical records to two other defendants in order to deceive the plaintiff and steal funds from the plaintiff's escrow account held by a third party.
The defendant shall bear joint and several legal liability.
18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States
If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.
If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

3-4

The plaintiff's second claim is to request the judge to sentence the defendant's responsible parties to five years in prison and impose a fine of $100,000 on the defendant, in accordance with this law.

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes.

The plaintiff requests the judge to render the following judgment:

1. The defendant shall pay the plaintiff the aforementioned compensation.
2. The defendant shall pay the court costs and postage for this case.

The plaintiff swears that everything stated above is true.

Plaintiff: *Guang Li Zheng*

*5/18/2026*

*4-4*

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant:  Bridget deZeeuw

> Surrogate mother's agent,
> The head of Tiny Sprouts Surrogacy (Inc)

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

A. Facts and events:

The defendant is the head of Tiny Sprouts Surrogacy (Inc) and entered into the agreement with the plaintiff on behalf of his company.

All false receipts should have been forged by the defendant and handed over to a third-party entrusted company. They claimed that the funds were given to the surrogate mother.

The defendant also provided the entrusted company with false information regarding cesarean sections.

The defendant conspired with the surrogate mother and the doctor to defraud the plaintiff of funds, causing the plaintiff to suffer losses.

B. The plaintiff raises the following allegations:
1. Conspiracy to commit offense or to defraud United States.
2. Frauds and swindles crime.
3. Crimes of making false statements and falsifying records
4. Telecommunications fraud crimes
5. Crime of false declaration
6. Federal Forgery Charges
7. Continuing crime
C. Jurisdiction and Legal Basis for the Plaintiff's Action:
1. The plaintiff is a resident of Washington, D.C.
2. The defendant is from California.

1-7

3. The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
4. 28 U.S. Code § 1331 - Federal question
> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
5. Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district, as well as all criminal cases under laws that apply exclusively to the district.
6. **DC Long-arm status:**
(1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.
**(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.
(2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.
A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.
The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.
D. Facts, legal basis, and claims:
1. The defendant conspired with two other defendants to commit fraud against the plaintiff.

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any

2-7

manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

Plaintiff's first claim: Based on this law, the judge is requested to sentence the defendant to five years in prison and impose a fine of $100,000.

2. The defendant used forged receipts to defraud the plaintiff of funds from the plaintiff's escrow account.
   18 U.S. Code § 1341 - Frauds and swindles
   Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially

3-7

declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Plaintiff's second claim: Based on this law, the plaintiff requested the judge to sentence the defendant to 20 years in prison and a fine of US$200,000.

3.  The defendant not only fabricated false receipts but also extorted the plaintiff's funds from the escrow institution.
    18 U.S. Code § 287 - False, fictitious or fraudulent claims
    Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

The plaintiff's third claim: Based on this law, the plaintiff requested the judge to sentence the defendant to 5 years in prison and a fine of US$50,000.

4.  The defendant forged receipts and delivered them electronically to a third-party escrow agency and the plaintiff.
    18 U.S. Code § 1343 - Fraud by wire, radio, or television
    Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a

4-7

presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Plaintiff's fourth claim: Based on this law, the plaintiff requested the judge to sentence the defendant to 20 years in prison and impose a fine of US$200,000.

5. The defendant fabricated and used false receipts to obtain the plaintiff's funds from a third-party escrow company.
   31 U.S. Code § 3729 - False claims
   (a)Liability for Certain Acts.—
   (1) In general.—Subject to paragraph (2), any person who—
   (A)knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;
   (B)knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;
   is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law 104–410 [1]), plus 3 times the amount of damages which the Government sustains because of the act of that person.

Plaintiff's fifth claim: Based on this law, the plaintiff requested the judge to impose a fine of US$8,000 on the defendant and to compensate the plaintiff for losses of US$23,453.82.

6. The defendant defrauded the plaintiff of funds from a third-party escrow institution by forging receipts.
   18 U.S. Code § 495 - Contracts, deeds, and powers of attorney
   Whoever falsely makes, alters, forges, or counterfeits any deed, power of attorney, order, certificate, receipt, contract, or other

5-7

writing, for the purpose of obtaining or receiving, or of enabling any other person, either directly or indirectly, to obtain or receive from the United States or any officers or agents thereof, any sum of money; or

Whoever utters or publishes as true any such false, forged, altered, or counterfeited writing, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited; or

Whoever transmits to, or presents at any office or officer of the United States, any such writing in support of, or in relation to, any account or claim, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited—

Shall be fined under this title or imprisoned not more than ten years, or both.

The plaintiff's sixth claim: Under the law and the False Declarations Act, the plaintiff requested the judge to sentence the defendant to 10 years in prison and award the plaintiff three times the amount of damages, or $23,453.82.

7. The defendant repeatedly fabricated false receipts and defrauded the plaintiff of funds from a third-party escrow institution.

21 U.S. Code § 848 - Continuing criminal enterprise

(a)Penalties; forfeitures

Any person who engages in a continuing criminal enterprise shall be sentenced to a term of imprisonment which may not be less than 20 years and which may be up to life imprisonment, to a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title; except that if any person engages in such activity after one or more prior convictions of him under this section have become final, he shall be sentenced to a term of imprisonment which may not be less than 30 years and which may be up to life imprisonment, to a fine not to exceed the greater of twice the amount authorized in accordance with the

6-7

provisions of title 18 or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title.

(b)Life imprisonment for engaging in continuing criminal enterprise Any person who engages in a continuing criminal enterprise shall be imprisoned for life and fined in accordance with subsection (a), if—(1)such person is the principal administrator, organizer, or leader of the enterprise or is one of several such principal administrators, organizers, or leaders.

Plaintiff's 7th claim: Based on this law, the plaintiff requested the judge to sentence the defendant to 20 years in prison and impose a fine of two million US dollars.

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes.

The plaintiff requests the judge to render the following judgment:

1. The defendant shall pay the plaintiff the aforementioned damages and punitive fines.
2. The defendant shall pay the court costs and postage for this case.

The plaintiff swears that everything stated above is true.

Plaintiff: *Guang Li Zhang*

*5/18/2026*

7-7

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant:  Tiny Sprouts Surrogacy (Inc)

 The defendant is a surrogacy company

 The defendant in this case, Bridget deZeeuw, was the manager of this company.

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

A. Facts and events:

 The defendant, Tiny Sprouts Surrogacy (Inc), was represented by Bridget deZeeuw, who entered into the agreement with the plaintiff on behalf of her company.

 All the false receipts were forged by the defendant and provided to a third-party escrow company. They claimed that the payments had been made to the surrogate mother.

 The defendant also provided the third-party escrow company with false information regarding the cesarean section.

 The defendant conspired with the surrogate mother and the doctor to defraud the plaintiff of funds, causing the plaintiff to suffer losses.

 This defendant is jointly liable with another defendant, Bridget deZeeuw.

B. The plaintiff raises the following allegations:

1. Conspiracy to commit offense or to defraud United States.
2. Frauds and swindles crime.
3. Crimes of making false statements and falsifying records
4. Telecommunications fraud crimes
5. Crime of false declaration
6. Federal Forgery Charges
7. Continuing crime

C. Jurisdiction and Legal Basis for the Plaintiff's Action:

1 -7

1. The plaintiff is a resident of Washington, D.C.
2. The defendant is from California.
3. The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
4. 28 U.S. Code § 1331 - Federal question

   The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
5. Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district, as well as all criminal cases under laws that apply exclusively to the district.
6. **DC Long-arm status:**

   (1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.

   **(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.

   (2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.

   A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.

   The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.

D. Facts, legal basis, and claims:
   1. The defendant conspired with two other defendants to commit fraud against the plaintiff.

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

2 -7

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.

The Plaintiff's first claim is: pursuant to this Act, to request the Judge to sentence the Defendant's responsible party to five years of imprisonment and to impose a fine of $100,000 upon the Defendant.

2. The defendant used forged receipts to defraud the plaintiff of funds from the plaintiff's escrow account.
   18 U.S. Code § 1341 - Frauds and swindles
   Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not

3-7

more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

The plaintiff's second claim: Under this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and impose a fine of $200,000 on the defendant.

3. The defendant not only fabricated false receipts but also extorted the plaintiff's funds from the escrow institution.
   18 U.S. Code § 287 - False, fictitious or fraudulent claims
   Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

The plaintiff's third claim: Under this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 5 years in prison and to impose a fine of $50,000 on the defendant.

4. The defendant forged receipts and delivered them electronically to a third-party escrow agency and the plaintiff.
   18 U.S. Code § 1343 - Fraud by wire, radio, or television
   Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any

4 -7

writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

The plaintiff's fourth claim: Under this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and to impose a fine of $200,000 on the defendant.

5. The defendant fabricated and used false receipts to obtain the plaintiff's funds from a third-party escrow company.
   31 U.S. Code § 3729 - False claims
   (a)Liability for Certain Acts.—
   (1) In general.—Subject to paragraph (2), any person who—
   (A)knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;
   (B)knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;
   is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law 104–410 [1]), plus 3 times the amount of damages which the Government sustains because of the act of that person.

The plaintiff's fifth claim: Under this law, the plaintiff requests the judge to impose a fine of $8,000 on the relevant responsible persons of the defendant

and to order the defendant to compensate the plaintiff for losses of $23,453.82.

6. The defendant defrauded the plaintiff of funds from a third-party escrow institution by forging receipts.
18 U.S. Code § 495 - Contracts, deeds, and powers of attorney
Whoever falsely makes, alters, forges, or counterfeits any deed, power of attorney, order, certificate, receipt, contract, or other writing, for the purpose of obtaining or receiving, or of enabling any other person, either directly or indirectly, to obtain or receive from the United States or any officers or agents thereof, any sum of money; or
Whoever utters or publishes as true any such false, forged, altered, or counterfeited writing, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited; or
Whoever transmits to, or presents at any office or officer of the United States, any such writing in support of, or in relation to, any account or claim, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited—
Shall be fined under this title or imprisoned not more than ten years, or both.

The plaintiff's sixth claim: Under this law and the False Declarations Act, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 10 years in prison and to order the defendant to pay the plaintiff damages in the amount of three times the amount of damages, namely US$23,453.82.

7. The defendant repeatedly fabricated false receipts and defrauded the plaintiff of funds from a third-party escrow institution.
21 U.S. Code § 848 - Continuing criminal enterprise
(a)Penalties; forfeitures
Any person who engages in a continuing criminal enterprise shall be sentenced to a term of imprisonment which may not be less than 20

6 -7

years and which may be up to life imprisonment, to a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title; except that if any person engages in such activity after one or more prior convictions of him under this section have become final, he shall be sentenced to a term of imprisonment which may not be less than 30 years and which may be up to life imprisonment, to a fine not to exceed the greater of twice the amount authorized in accordance with the provisions of title 18 or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title.

(b)Life imprisonment for engaging in continuing criminal enterprise

Any person who engages in a continuing criminal enterprise shall be imprisoned for life and fined in accordance with subsection (a), if—

(1)such person is the principal administrator, organizer, or leader of the enterprise or is one of several such principal administrators, organizers, or leaders.

The plaintiff's seventh claim: Under this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and impose a fine of $5 million on the defendant.

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes.

The plaintiff requests the judge to render the following judgment:

1. The defendant shall pay the plaintiff the aforementioned damages and punitive fines.
2. The defendant shall pay the court costs and postage for this case.

The plaintiff swears that everything stated above is true.

Plaintiff : Guangli Zhang

5/18/2026    7~7

# Indictment

Plaintiff: Guangli Zhang

Address: P.O.Box 1119, Washington DC 20013

Defendant: Seed Trust Escrow (Inc), Third-party credit escrow company

Address:   515 N Flagler Drive Suite 350
            West Palm Beach, FL 33401

Email: jennifer@seedtrustescrow.com

A : Facts and events:

As a third-party trust escrow company, the defendant failed to verify the authenticity of the receipts. The plaintiff repeatedly informed the defendant that the receipts were forged, therefore the plaintiff refused to make payment.

The plaintiff also repeatedly informed the defendant that "both babies were delivered vaginally, without a cesarean section."

The plaintiff also repeatedly informed the defendant that "the surrogate mother's medical records contain obvious errors, therefore she does not meet the cesarean section compensation criteria." The defendant also failed to provide accurate medical records as the basis for payment.

Ignoring the plaintiff's advice, the defendant insisted on paying the plaintiff's funds to two other defendants based on forged receipts. Furthermore, based on verbal statements from personnel of Tiny Sprouts Surrogacy (Inc), the defendant transferred the plaintiff's funds to another defendant in this case— Tiny Sprouts Surrogacy (Inc).

The defendant closed the plaintiff's escrow account on October 30, 2025, but did not refund the funds paid based on false receipts and false information.

The defendant failed to fulfill its responsibilities and obligations of fair and impartial supervision, review, and inspection.

1 -6

B. The plaintiff raises the following allegations:

1. Frauds and swindles

2 Crime of false declaration

3. Telecommunications fraud crimes

4. Continuing criminal enterprise

C. Jurisdiction and Legal Basis for the Plaintiff's Action:

1.  The plaintiff is a resident of Washington, D.C.
2.  The defendant is from Florida
3.  The laws and regulations involved in this lawsuit are all those of the U.S. Constitution and federal laws and regulations.
4.  28 U.S. Code § 1331 - Federal question
       The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.
5.  Under DC`s Home Rule Act, the superior court is a trial court with jurisdiction over any civil action or other matter brought in the district, as well as all criminal cases under laws that apply exclusively to the district.
6.  **DC Long-arm status:**
    (1). Code of the District of Columbia§ 13–423. Personal jurisdiction based upon conduct.
    **(E)** Notwithstanding the provisions of subparagraphs (A) through (D), the court may exercise personal jurisdiction if there is any basis consistent with the United States Constitution for the exercise of personal jurisdiction.
    (2). Code of the District of Columbia §13–422. Personal jurisdiction based upon enduring relationship.
    A District of Columbia court may exercise personal jurisdiction over a person domiciled in, organized under the laws of, or maintaining his or its principal place of business in, the District of Columbia as to any claim for relief.

2 - 6

The plaintiff resides in Washington, D.C., and the legal provision explicitly states that it applies to plaintiffs seeking relief, not defendants.

D. Facts, legal basis, and claims:

1. The defendants used false receipts and transferred the plaintiff's funds to other defendants when the other defendants failed to provide relevant proof of the amount owed by the plaintiff.

18 U.S. Code § 1341 - Frauds and swindles

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution,

3 - 6

such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Plaintiff's first claim: Based on this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and to order the defendant to pay a fine of three times the amount of the plaintiff's losses, amounting to US$23,453.82.

2. Based on false receipts and false information, the defendant transferred the plaintiff's funds to other defendants without authorization, disregarding the plaintiff's objections to the payment.

18 U.S. Code § 1349 - Attempt and conspiracy

Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

31 U.S. Code § 3729 - False claims

(a)Liability for Certain Acts.—

(1) In general.—Subject to paragraph (2), any person who—

(A)knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(B)knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law 104–410 [1]), plus 3 times the amount of damages which the Government sustains because of the act of that person.

4 —6

The plaintiff's second claim: Under this law, the plaintiff requests the judge to impose a fine of $8,000 on the defendant and to compensate the plaintiff for damages of $23,453.82.

3. The defendant always sent payment-related information via email. 18 U.S. Code § 1343 - Fraud by wire, radio, or television Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

The plaintiff's third claim: Based on this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and to impose a fine of US$23,453.82 on the defendant.

4. The defendant repeatedly transferred the plaintiff's funds to others without authorization, based on false receipts, and ignored the plaintiff's objections. Subsequently, the defendant transferred the plaintiff's funds to other defendants using false information. 21 U.S. Code § 848 - Continuing criminal enterprise (a)Penalties; forfeitures Any person who engages in a continuing criminal enterprise shall be sentenced to a term of imprisonment which may not be less than 20

5-6

years and which may be up to life imprisonment, to a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title; except that if any person engages in such activity after one or more prior convictions of him under this section have become final, he shall be sentenced to a term of imprisonment which may not be less than 30 years and which may be up to life imprisonment, to a fine not to exceed the greater of twice the amount authorized in accordance with the provisions of title 18 or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title.

(b)Life imprisonment for engaging in continuing criminal enterprise

Any person who engages in a continuing criminal enterprise shall be imprisoned for life and fined in accordance with subsection (a), if—

(1) such person is the principal administrator, organizer, or leader of the enterprise or is one of several such principal administrators, organizers, or leaders.

The plaintiff's fourth claim: Under this law, the plaintiff requests the judge to sentence the relevant responsible persons of the defendant to 20 years in prison and impose a fine of $5 million on the defendant.

Based on :18 U.S. Code § 3663 - Order of restitution.

18 U.S. Code § 3663A - Mandatory restitution to victims of certain crimes.

The plaintiff requests the judge to render the following judgment:

1.    The defendant shall pay the plaintiff the aforementioned damages and punitive fines.

2.    The defendant shall pay the court costs and postage for this case.

The plaintiff swears that everything stated above is true.

Plaintiff: Guang Li Zhang

6-6

5/18/2026