AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Guang Li Zhang

)
)
)
)
)
)

*Plaintiff(s)*

)

v.

)
)
)

Lekesia Lavette Dixon *et. al.*

)
)
)
)
)

*Defendant(s)*

)

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ascension Providence hospital

Address: 6901 Medical Parkway, Waco TX 76712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Guang Li Zhang

P.O. BOX 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/18/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Guangli Zhang

)
)
)
)
)
*Plaintiff(s)*
)
v.
)
)
Lekesia Lovette Dixon et.al.
)
)
)
)
*Defendant(s)*
)

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Seed Trust Escrow (Inc)

Address: 515 N Flagler Drive Suite 350
West Palm Beach, FL 33401
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Guang Li Zhang
P.O. BOX 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/18/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Guangli Zhang

)
)
)
)
)

*Plaintiff(s)*

v.

)
)
)
)
)

Lekesia Lavette Dixon et. al.

)
)
)

*Defendant(s)*

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Lekesia Lavette Dixon

Address: 304 Johnson St McGregor, TX 76657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Guangli Zhang
P·O·Box 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 05/18/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Guangli Zhang

*Plaintiff(s)*

v.

Lekesia Lavette Dixon et al.

*Defendant(s)*

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bridget deZeeuw.

Address: 9663 Santa Monica Blvd #392. Beverly Hills, CA 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Guangli Zhang

P.O. Box 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/18/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Guangli zhang

_Plaintiff(s)_

v.

Lekesia Lavette Dixon et, al.

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Tiny Sprouts Surrogacy (Inc)

Address: 9663 Santa Monica Blvd #392 Beverly Hills, CA 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Guang li zhang
P · O · Box 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/18/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Guang Li Zhang )
)
)
)
)
          *Plaintiff(s)* )
v. )
)
)
Lekesia Lavette Dixon et al. )
)
)
          *Defendant(s)* )

Case: 1:26-cv-01689 JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Casey A Leamon, MD

Address = 6901 Medical Parkway, Waco TX: 76712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Guang Li Zhang
P.O. Box 1119, Washington DC 20013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/18/2026

_____
*Signature of Clerk or Deputy Clerk*